| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>03/24/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 13 A 11:37 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Sycuan Band of Kumeyaii Nation- Indpendent Contractor fees- tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Parcel 2 El Centro, Ca (98,026) | D | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, Ca (106,694) | D | Rent | M | S | | | | | |
| 3. Parcel 4 Salton City, Ca (2,508) | | None | J | S | | | | | |
| 4. EC State Street Building, LLC Note | F | Interest | O | U | | | | | |
| 5. Northern Life Annuity/ING | C | Interest | K | T | | | | | |
| 6. Intel Corp common stock | A | Dividend | J | T | | | | | |
| 7. | | | | | partial sale | 6/29 | J | A | |
| 8. Cisco Systems-common stock | A | Dividend | | | sale | 5/29 | J | A | |
| 9. Pfizer Inc.-common stock | A | Dividend | | | sale | 12/12 | J | A | |
| 10. General Electric-common stock | A | Dividend | J | T | | | | | |
| 11. Mirant Corp-common stock | | None | J | T | buy | 7/12 | J | | |
| 12. Microsoft Corp-common stock | A | Dividend | J | T | part sale | 6/29 | J | A | |
| 13. Proctor & Gamble-common stock | A | Dividend | J | T | | | | | |
| 14. Citigroup-common stock | A | Dividend | J | T | | | | | |
| 15. Amgen-common stock | | None | | | sale | 12/12 | J | A | |
| 16. Ei Dupont-common stock | A | Dividend | J | T | | | | | |
| 17. Bank of America-common stock | A | Dividend | | | sale | 2/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | J | T | buy | 8/30 | J | | |
| 19. | | | J | T | buy | 12/11 | J | | |
| 20. | | | J | T | buy | 12/12 | J | | |
| 21. Walmart Stores, Inc.- common stock | A | Dividend | J | T | | | | | |
| 22. Pitney Bowes, Inc.-common stock | A | Dividend | J | T | | | | | |
| 23. Ford Motor Company-common stock | | None | | | sale | 5/12 | J | A | |
| 24. | | | J | T | buy | 7/31 | J | | |
| 25. | | | J | T | buy | 8/06 | J | | |
| 26. Valero Energy Corp.-common stock | A | Dividend | | | sale | 7/12 | J | B | |
| 27. Chevron Corp.-common stock | A | Dividend | | | sale | 11/19 | J | B | |
| 28. Applied Materials, Inc. Delaware-common stock | A | Dividend | J | T | buy | 11/07 | J | | |
| 29. Berkshire Hathaway B-common stock | | None | K | T | buy | 5/29 | K | | |
| 30. Sirius Satellite Radio-common stock | | None | J | T | buy | 8/29 | J | | |
| 31. Citadel Broadcasting-common stock | | None | J | T | buy | 3/07 | J | | |
| 32. | | | J | T | buy | 7/24 | J | | |
| 33. Alcoa Inc.-common stock | A | Dividend | J | T | buy | 2/22 | J | | |
| 34. Amerigas Partners LP Unit-limited partnership interest | A | Dividend | J | T | buy | 6/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Countrywide Financial Corp-common stock | A | Dividend | J | T | buy | 8/30 | J | | |
| 36. | | | | | buy | 12/11 | J | | |
| 37. EMC corp-common stock | | None | J | T | buy | 7/07 | J | | |
| 38. Progress Energy, Inc. -common stock | A | Dividend | J | T | buy | 7/24 | J | | |
| 39. Spectra Energy Corp-common stock | A | Dividend | J | T | buy | 2/16 | J | | |
| 40. Wells Fargo Bank-common stock | | None | J | T | buy | 11/19 | J | | |
| 41. | | | | | buy | 12/11 | J | | |
| 42. Washington Mutual- common stock | | None | | | buy | 8/30 | J | | |
| 43. | | None | | | sale | 9/14 | J | A | |
| 44. Lehman Brothers Holding-common stock | | None | | | buy | 7/27 | J | | |
| 45. | | None | | | sale | 11/19 | J | A | |
| 46. Smith Barney Money Funds (Western Asset Fund class A) | B | Int./Div. | K | T | | | | | |
| 47. Smith Barney Bank Deposit Program | A | Int./Div. | K | T | | | | | |
| 48. Franklin Fund-small cap growth fund I class | A | Dividend | J | T | | | | | |
| 49. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 50. AIG Valic Mid Cap Fund (Wellington) | A | Dividend | J | T | | | | | |
| 51. Valic Small Cap Special Value-Evergreen/Putnam | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Valic International Small Cap Equity/ AIG | A | Dividend | J | T | | | | | |
| 53. Valic Midcap Strat. GR./Morgan Stanley | A | Dividend | J | T | | | | | |
| 54. World Savings(now Wachovia) IRA | C | Interest | K | T | | | | | |
| 55. Washington Mutual | A | Interest | J | T | | | | | |
| 56. Washington Mutual | A | Interest | J | T | | | | | |
| 57. Washington Mutual | E | Interest | N | T | | | | | |
| 58. San Diego Community Credit Union IRA | D | Interest | M | T | | | | | |
| 59. San Diego Credit Union savings | A | Interest | J | T | | | | | |
| 60. Bank of America aggregate | A | Interest | J | T | | | | | |
| 61. San Diego National Bank | A | Interest | K | T | | | | | |
| 62. San Diego National Bank | C | Interest | | | closed | 12/19 | M | | |
| 63. San Diego National Bank | C | Interest | | | closed | 11/26 | M | | |
| 64. San Diego National Bank | A | Interest | J | T | | | | | |
| 65. MW Carr Trust | | | | | | | | | |
| 66. --Bank of America (aggregate) | D | Interest | N | | | | | | |
| 67. --Crowell, Weedon | | | | | | | | | |
| 68. ------- AEE/Common Stock | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | distribution | 12/03 | J | | MW Carr JR. |
| 70. | | | | | distribution | 12/03 | J | | ▬▬▬ |
| 71.  -------Saddleback Unified School Bond | A | Dividend | | | distribution | 12/03 | J | | ▬▬▬ |
| 72.  ------Crowell Weedon Money Fund | A | Interest | | | distribution | 12/04 | J | | ▬▬▬ |
| 73. | | | | | distribution | 12/11 | J | | MW Carr JR |
| 74.  --World Savings (aggregate) | A | Interest | | | closed | 04/02 | M | | |
| 75.  --Franklin-Templeton Income Fund class A | B | Dividend | | | distribution | 10/11 | K | | MWCarr JR. |
| 76. | | | | | distribution | 10/11 | K | | ▬▬▬ |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>03/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Sycuan Band of Kumeyaii Nation- Indpendent Contractor fees- tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 2 El Centro, Ca (98,026) | D | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, Ca (106,694) | D | Rent | M | S | | | | | |
| 3. Parcel 4 Salton City, Ca (2,508) | | None | J | S | | | | | |
| 4. EC State Street Building, LLC Note | F | Interest | O | U | | | | | |
| 5. Northern Life Annuity/ING | C | Interest | K | T | | | | | |
| 6. Intel Corp common stock | A | Dividend | J | T | | | | | |
| 7. | | | | | partial sale | 6/29 | J | A | |
| 8. Cisco Systems-common stock | A | Dividend | | | sale | 5/29 | J | A | |
| 9. Pfizer Inc.-common stock | A | Dividend | | | sale | 12/12 | J | A | |
| 10. General Electric-common stock | A | Dividend | J | T | | | | | |
| 11. Mirant Corp-common stock | | None | J | T | buy | 7/12 | J | | |
| 12. Microsoft Corp-common stock | A | Dividend | J | T | part sale | 6/29 | J | A | |
| 13. Proctor & Gamble-common stock | A | Dividend | J | T | | | | | |
| 14. Citigroup-common stock | A | Dividend | J | T | | | | | |
| 15. Amgen-common stock | | None | | | sale | 12/12 | J | A | |
| 16. Ei Dupont-common stock | A | Dividend | J | T | | | | | |
| 17. Bank of America-common stock | A | Dividend | | | sale | 2/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | J | T | buy | 8/30 | J | | |
| 19. | | | J | T | buy | 12/11 | J | | |
| 20. | | | J | T | buy | 12/12 | J | | |
| 21. Walmart Stores, Inc.- common stock | A | Dividend | J | T | | | | | |
| 22. Walt Disney, Co - common stock | A | Dividend | J | T | | | | | |
| 23. Pitney Bowes, Inc.-common stock | A | Dividend | J | T | | | | | |
| 24. Ford Motor Company-common stock | | None | | | sale | 5/12 | J | A | |
| 25. | | | J | T | buy | 7/31 | J | | |
| 26. | | | J | T | buy | 8/06 | J | | |
| 27. Valero Energy Corp.-common stock | A | Dividend | | | sale | 7/12 | J | B | |
| 28. Citibank- Bank Deposit | A | Interest | K | T | | | | | |
| 29. Chevron Corp.-common stock | A | Dividend | | | sale | 11/19 | J | B | |
| 30. Applied Materials, Inc. Delaware-common stock | A | Dividend | J | T | buy | 11/07 | J | | |
| 31. Berkshire Hathaway B-common stock | | None | K | T | buy | 5/29 | K | | |
| 32. Sirius Satellite Radio-common stock | | None | J | T | buy | 8/29 | J | | |
| 33. Citadel Broadcasting-common stock | | None | J | T | buy | 3/07 | J | | |
| 34. | | | J | T | buy | 7/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 <br> P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 <br> O =$500,000 - $1,000,000 | L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 <br> P4 =More than $50,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alcoa Inc.-common stock | A | Dividend | J | T | buy | 2/22 | J | | |
| 36. Amerigas Partners LP Unit-limited partnership interest | A | Dividend | J | T | buy | 6/29 | J | | |
| 37. Countrywide Financial Corp-common stock | A | Dividend | J | T | buy | 8/30 | J | | |
| 38. | | | | | buy | 12/11 | J | | |
| 39. EMC corp-common stock | | None | J | T | buy | 7/07 | J | | |
| 40. Progress Energy, Inc. -common stock | A | Dividend | J | T | buy | 7/24 | J | | |
| 41. Spectra Energy Corp-common stock | A | Dividend | J | T | buy | 2/16 | J | | |
| 42. Wells Fargo Bank-common stock | | None | J | T | buy | 11/19 | J | | |
| 43. | | | | | buy | 12/11 | J | | |
| 44. Washington Mutual- common stock | | None | | | buy | 8/30 | J | | |
| 45. | | None | | | sale | 9/14 | J | A | |
| 46. Lehman Brothers Holding-common stock | | None | | | buy | 7/27 | J | | |
| 47. | | None | | | sale | 11/19 | J | A | |
| 48. Smith Barney Money Funds (Western Asset Fund class A) | B | Int./Div. | K | T | | | | | |
| 49. Franklin Fund-small cap growth fund I class | A | Dividend | J | T | | | | | |
| 50. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 51. AIG Valic Mid Cap Fund (Wellington) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Valic Small Cap Special Value-Evergreen/Putnam | A | Dividend | J | T | | | | | |
| 53. Valic International Small Cap Equity/ AIG | A | Dividend | J | T | | | | | |
| 54. Valic Midcap Strat. GR./Morgan Stanley | A | Dividend | J | T | | | | | |
| 55. World Savings(now Wachovia) IRA | C | Interest | K | T | | | | | |
| 56. Washington Mutual | A | Interest | J | T | | | | | |
| 57. Washington Mutual | A | Interest | J | T | | | | | |
| 58. Washington Mutual | E | Interest | N | T | | | | | |
| 59. San Diego Community Credit Union IRA | D | Interest | M | T | | | | | |
| 60. San Diego Credit Union savings | A | Interest | J | T | | | | | |
| 61. Bank of America aggregate | A | Interest | J | T | | | | | |
| 62. San Diego National Bank | A | Interest | K | T | | | | | |
| 63. San Diego National Bank | C | Interest | | | closed | 12/19 | M | | |
| 64. San Diego National Bank | C | Interest | | | closed | 11/26 | M | | |
| 65. San Diego National Bank | A | Interest | J | T | | | | | |
| 66. Trust #1 (X) | | | | | | | | | |
| 67. --Bank of America (aggregate) (X) | D | Interest | N | T | | | | | |
| 68. --Crowell, Weedon (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ------- AEE/Common Stock (X) | A | Dividend | | | | | | | |
| 70. | | | | | distribution | 12/03 | J | | |
| 71. | | | | | distribution | 12/03 | J | | |
| 72. -------Saddleback (X) Unified School Bond | A | Dividend | | | distribution | 12/03 | J | | |
| 73. ------Crowell Weedon Money Fund (X) | A | Interest | | | distribution | 12/04 | J | | |
| 74. | | | | | distribution | 12/11 | J | | |
| 75. --World Savings (aggregate) (X) | A | Interest | | | closed | 04/02 | M | | |
| 76. --Franklin Templeton Income Fund class A (X) | B | Dividend | | | distribution | 10/11 | K | | |
| 77. | | | | | distribution | 10/11 | K | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Line 28 was added. Part VII line 47 was deleted. This change was necessary to more accurately reflect the name of the account.
Part VII Line 22 was added to reflect an omission.
Part VII Lines 66 through 66 were amended to list asset as previously exempt.
Part VII Line 67 was amended to show value at end of reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T | 03/24/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544